# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

143388

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM H. SCHMITT and DELORES
SCHMITT,
      Plaintiffs-Appellants,

v

                                       SC: 143388
                                       COA: 297562
                                       Macomb CC: 2009-002073-NI

JAGUAR/LAND ROVER OF MACOMB, L.L.C.,
d/b/a JAGUAR/LAND ROVER OF LAKESIDE,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 9, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

t1017